```
FILED
June 27, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | Case No. Cr.S-06-0257-WBS |
| Plaintiff,  ) | |
| v.                          ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PAUL STEVEN GEORGE GREEN,    ) | |
| ) | |
| Defendant.         ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release PAUL STEVEN GEORGE GREEN, Case No. Cr.S-06-0257-WBS, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_✓_ Bail Posted in the Sum of $ __2516__

_✓_ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_✓_ (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 27, 2006  at  2:30pm .

By   **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge