1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PAUL STEVEN GREEN

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )  No. CR. S-06-257 WBS
                                   )
12             Plaintiff,          )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
13        v.                       )  **AND EXCLUDING TIME**
                                   )
14 PAUL STEVEN GREEN,              )
                                   )  Date:  July 19, 2006
15             Defendant.          )  Time:  9:00 a.m.
                                   )  Judge: Hon. William B. Shubb
16 _____ )

18      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of
19 America, and defendant, Paul Steven Green, that status conference scheduled for
20 July 19, 2006, may be continued to September 13, 2006, at 9:00 a.m.
21      This is a new case and a portion of discovery has just been received by the
22 defense.  Time is needed to review that material, perform a background
23 investigation, and to perform other tasks necessary to determining whether the
24 case may be resolved without trial.  So that these tasks may be completed, the
25 parties agree that time under the Speedy Trial Act should be excluded from the
26 /////
27 /////
28 /////

1  date of this order through the status conference on September 13, 2006, pursuant
2  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                             Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

Dated: July 17, 2006                         /s/ T. Zindel
                                             TIMOTHY ZINDEL
                                             Assistant Federal Defender
                                             Attorney for PAUL S. GREEN


                                             McGREGOR SCOTT
                                             United States Attorney


Dated: July 17, 2006                         /s/ T. Zindel for M. Stegman
                                             MATTHEW STEGMAN
                                             Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 13, 2006, at 9:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  July 19, 2006

                                             _____
                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. P. Green                  2