```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PAUL STEVEN GEORGE GREEN
 6
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,     )    Cr.S. 06-257-WBS
11                                )
                  Plaintiff,      )    STIPULATION AND
12                                )    ORDER TO AMEND SPECIAL
         v.                       )    CONDITIONS OF RELEASE
13                                )
    PAUL STEVEN GEORGE GREEN,     )
14                                )
                                  )
15                Defendant.      )
    _____)
16
```

17    PAUL STEVEN GEORGE GREEN, by and through his counsel, DENNIS
18 S. WAKS, Supervising Assistant Federal Defender, the United
19 States Government, by and through its counsel, Matthew Stegman,
20 Assistant United States Attorney and Rebecca Fidelman, Pretrial
21 Service Officer hereby agree to amend the special conditions of
22 release filed on June 27, 2006 to the following:
23    1.  Condition numbers 9 and 13 are to be removed from the
24        original conditions of release; the following two
25        conditions are to be added to this defendant's original
26        conditions of release:
27    2.  You shall possess or use a computer only at your place
28        of residence and at no other location.  At your expense

1

1             you shall have E-Blaster installed on your computer.
2             You shall submit to a search of your computer by law
3             enforcement officers at the direction of Pretrial
4             Services; you shall sign and agree to a Pretrial
5             Services computer restriction and monitoring
6             participant agreement.  Any violation of this agreement
7             shall constitute a violation of your pretrial release;
8        3.   You shall not use any device offering Internet access
9             as a means of accessing any material that relates to
10            the criminal activity charged in the pending
11            allegations.
12       4.   All other conditions stated in the original release
13            remain the same.
14       5.   These amendments were presented to assist the defendant
15            in enrolling and attending college.

DATED:   July 11, 2006

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /S/ Dennis S. Waks
                                   _____
                                   DENNIS S. WAKS, Supervising
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   PAUL STEVEN GEORGE GREEN

/ / /
/ / /
/ / /
/ / /
/ / /

Stipulation to amend special condition 2

```
                                        McGREGOR SCOTT
                                        United States Attorney

DATE:   July 11, 2006
                                        /S/ Dennis S. Waks for
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant United States Attorney
```

**IT IS SO ORDERED.**

```
Dated: 7/21/06           /s/ Gregory G. Hollows
                         _____
                         HON. GREGORY G. HOLLOWS
                         United States Magistrate Court Judge

green.ord
```

Stipulation to amend special condition 3