```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-257 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
| | ) Date: September 13, 2006 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for September 13, 2006, may be continued to October 18, 2006, at 9:00 a.m.

This is a new case and additional discovery has yet to be received. Also, a recent change in the law pertaining to defense evaluation of forensic computer evidence in child pornography cases may delay the ability of the defense to fully evaluate the evidence against Mr. Green. The defense seeks additional time to attempt to resolve this issue before embarking on complicated litigation. So that these and other tasks necessary to determining whether the case may be resolved without trial may be completed, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1 through the status conference on October 18, 2006, pursuant to 18 U.S.C. §
2 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6 Dated:  September 8, 2006                /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for PAUL S. GREEN
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated:  September 8, 2006               /s/ T. Zindel for M. Stegman
                                           MATTHEW STEGMAN
12                                         Assistant U.S. Attorney

13

14                               **O R D E R**

15     The status conference is continued to October 18, 2006, at 9:00 a.m.  Time
16 under the Speedy Trial Act is excluded through that date for the reasons stated
17 above and by agreement of the parties, the court finding that the ends of
18 justice to be served by a continuance outweigh the best interests of the
19 defendant and the public in a speedy trial.
20     IT IS SO ORDERED.
21

22 Dated:  September 11, 2006

23
                                           _____
24                                         WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
25

26

27

28

Stip. in U.S.A. v. P. Green              2