```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PAUL STEVEN GREEN,<br><br>        Defendant. | No. CR. S-06-257 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  October 18, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for October 18, 2006, may be continued to December 13, 2006, at 9:00 a.m.

    Discovery has yet to be completed in this case and, as previously noted, a recent change in the law pertaining to defense evaluation of forensic computer evidence in child pornography cases has complicated the defense's ability to examine and evaluate the evidence against Mr. Green. The parties seek additional time to attempt to resolve this issue. So that this and other tasks necessary to determining whether the case may be resolved without trial may be completed, the parties agree that time

1  under the Speedy Trial Act should be excluded from the date of this order
2  through the status conference on December 13, 2006, pursuant to 18 U.S.C.
3  § 3161(h)(8)(A) and (B)(iv)(Local Code T4).
4                                          Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
7  Dated:  October 16, 2006                /s/ T. Zindel
                                           TIMOTHY ZINDEL
8                                          Assistant Federal Defender
                                           Attorney for PAUL S. GREEN
9
10                                         McGREGOR SCOTT
                                           United States Attorney
11
12 Dated:  October 16, 2006                /s/ T. Zindel for M. Stegman
                                           MATTHEW STEGMAN
13                                         Assistant U.S. Attorney
14

15                                **O R D E R**
16     The status conference is continued to December 13, 2006, at 9:00
17 a.m.  Time under the Speedy Trial Act is excluded through that date for
18 the reasons stated above and by agreement of the parties, the court
19 finding that the ends of justice to be served by a continuance outweigh
20 the best interests of the defendant and the public in a speedy trial.
21     IT IS SO ORDERED.
22
23 Dated:  October 17, 2006
24
                                           _____
25                                         WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
26
27
28

Stip. in U.S.A. v. P. Green                2