```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PAUL STEVEN GREEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-257 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
|  | ) Date: December 13, 2006 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. William B. Shubb |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for December 13, 2006, may be continued to February 12, 2007, at 8:30 a.m.

   Discovery has yet to be completed in this case and a recent change in the law pertaining to defense evaluation of forensic computer evidence in child pornography cases continues to complicate the defense's ability to examine and evaluate the forensic computer evidence against Mr. Green. The parties seek additional time to attempt to resolve these tasks before determining whether the case may be resolved without trial. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through the status conference on February 12,
2  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).
3                                          Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                            Federal Defender
5
6  Dated:  December 11, 2006               /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                           Assistant Federal Defender
                                            Attorney for PAUL S. GREEN
8
9                                          McGREGOR SCOTT
                                            United States Attorney
10
11 Dated:  December 11, 2006               /s/ T. Zindel for M. Stegman
                                            MATTHEW STEGMAN
12                                          Assistant U.S. Attorney
13
14                            **O R D E R**
15      The status conference is continued to February 12, 2007, at 8:30
16 a.m.  Time under the Speedy Trial Act is excluded through that date for
17 the reasons stated above and by agreement of the parties, the court
18 finding that the ends of justice to be served by a continuance outweigh
19 the best interests of the defendant and the public in a speedy trial.
20      IT IS SO ORDERED.
21
22 Dated:  December 12, 2006

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. P. Green                 2