DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-257 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
| | ) Date: February 12, 2007 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for February 12 may be continued to March 26, 2007, at 8:30 a.m.

Discovery has yet to be completed in this case and a recent change in the law pertaining to defense evaluation of forensic computer evidence in child pornography cases continues to complicate the defense's ability to examine and evaluate the forensic computer evidence against Mr. Green. The parties seek additional time to attempt to resolve these tasks before determining whether the case may be resolved without trial. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through the status conference on March 26,
2  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).
3                                        Respectfully submitted,
4                                        DANIEL J. BRODERICK
                                         Federal Defender
5
6  Dated: February 8, 2007               /s/ T. Zindel
                                         TIMOTHY ZINDEL
7                                        Assistant Federal Defender
                                         Attorney for PAUL S. GREEN
8
9                                        McGREGOR SCOTT
                                         United States Attorney
10
11 Dated: February 8, 2007               /s/ T. Zindel for M. Stegman
                                         MATTHEW STEGMAN
12                                       Assistant U.S. Attorney
13

14                               **O R D E R**

15     The status conference is continued to March 26, 2007, at 8:30 a.m.
16 Time under the Speedy Trial Act is excluded through that date for the
17 reasons stated above and by agreement of the parties, the court finding
18 that the ends of justice to be served by a continuance outweigh the best
19 interests of the defendant and the public in a speedy trial.
20     IT IS SO ORDERED.
21
22 Dated: February 9, 2007

23
                                         WILLIAM B. SHUBB
24                                       UNITED STATES DISTRICT JUDGE
25
26
27
28

Stip. in U.S.A. v. P. Green              2