```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PAUL STEVEN GREEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-257 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
| | ) Date: March 26, 2007 |
| Defendant. | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for March 26 may be continued to May 7, 2007, at 8:30 a.m.

The defense continues to investigate the case. While exploring options for pretrial resolution, the parties continue to explore the need to evaluate the forensic computer evidence, a problem complicated by enactment of the Adam Walsh Act of 2006, which has prevented unsupervised defense inspection of computer evidence containing child pornography. The parties seek additional time to resolve these problems before determining whether the case may be resolved without trial. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded

1 from the date of this order through the status conference on May 7, 2007,
2 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                           Respectfully submitted,

4                                           DANIEL J. BRODERICK
                                            Federal Defender
5

6 Dated: March 22, 2007                    /s/ T. Zindel
                                            TIMOTHY ZINDEL
7                                           Assistant Federal Defender
                                            Attorney for PAUL S. GREEN
8

9                                           McGREGOR SCOTT
                                            United States Attorney
10

11 Dated: March 22, 2007                   /s/ T. Zindel for M. Stegman
                                            MATTHEW STEGMAN
12                                          Assistant U.S. Attorney

13

14                              **O R D E R**

15    The status conference is continued to May 7, 2007, at 8:30 a.m.
16 Time under the Speedy Trial Act is excluded through that date for the
17 reasons stated above and by agreement of the parties, the court finding
18 that the ends of justice to be served by a continuance outweigh the best
19 interests of the defendant and the public in a speedy trial.
20    IT IS SO ORDERED.
21

22 Dated: March 23, 2007

23                                        _____
24                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE
25
26
27
28

Stip. in U.S.A. v. P. Green              2