```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    PAUL STEVEN GREEN
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR. S-06-257 WBS
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER
                                   ) CONTINUING STATUS CONFERENCE
14       v.                        ) AND EXCLUDING TIME
                                   )
15  PAUL STEVEN GREEN,             )
                                   ) Date:  May 7, 2007
16              Defendant.         ) Time:  8:30 a.m.
                                   ) Judge: Hon. William B. Shubb
17  _____ )

18
```

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Paul Steven Green, that the status conference

21  scheduled for May 7 may be continued to June 25, 2007, at 8:30 a.m.

22      The defense continues to investigate the case.  While exploring

23  options for pretrial resolution, the parties continue to explore the need

24  to evaluate the forensic computer evidence.  At present, the defense

25  intends to interview the agent who performed the forensic evaluation to

26  determine whether closer review is needed.  The parties seek additional

27  time to resolve these problems before determining whether the case may be

28  resolved without trial.  Accordingly, the parties agree that time under

PDF created with pdfFactory trial version www.pdffactory.com

1  the Speedy Trial Act should be excluded from the date of this order
2  through the status conference on June 25, 2007, pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv)(Local Code T4).

4                                          Respectfully submitted,

5                                          DANIEL J. BRODERICK
                                           Federal Defender
6

7  Dated: May 3, 2007                      /s/ T. Zindel
                                           TIMOTHY ZINDEL
8                                          Assistant Federal Defender
                                           Attorney for PAUL S. GREEN
9

10                                         McGREGOR SCOTT
                                           United States Attorney
11

12 Dated: May 3, 2007                      /s/ T. Zindel for M. Stegman
                                           MATTHEW STEGMAN
13                                         Assistant U.S. Attorney

14

15                              **O R D E R**

16    The status conference is continued to June 25, 2007, at 8:30 a.m.
17 Time under the Speedy Trial Act is excluded through that date for the
18 reasons stated above and by agreement of the parties, the court finding
19 that the ends of justice to be served by a continuance outweigh the best
20 interests of the defendant and the public in a speedy trial.
21    IT IS SO ORDERED.

22

23 Dated: May 3, 2007

24                                         _____
25                                         WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
26

27

28

Stip. in U.S.A. v. P. Green              2

PDF created with pdfFactory trial version www.pdffactory.com