DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>PAUL STEVEN GREEN,<br><br>            Defendant.<br>_____ | No. CR. S-06-257 WBS<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  June 25, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for June 25 may be continued to August 20, 2007, at 8:30 a.m.

Counsel for the government has agreed to provide the defense additional information concerning forensic evaluation of defendant's computer equipment and time is needed to generate the report and review it. Meanwhile, the defense continues to collect information to present to counsel for the government in connection with possible resolution of the case. To complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through

1 | the status conference on August 20, 2007, pursuant to 18 U.S.C. §
2 | 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: June 21, 2007            /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for PAUL S. GREEN


                                McGREGOR SCOTT
                                United States Attorney

Dated: June 21, 2007            /s/ T. Zindel for M. Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 20, 2007, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: June 21, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. P. Green                2