```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    PAUL STEVEN GREEN
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-06-257 WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) | |
| | ) | Date: August 20, 2007 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for August 20 may be continued to October 15, 2007, at 8:30 a.m.

Counsel for the government has agreed to provide the defense additional information concerning forensic evaluation of defendant's computer equipment but additional time is needed to obtain the report. Meanwhile, the defense continues to collect information to present to counsel for the government in connection with possible resolution of the case. To complete these tasks, the parties agree that time under the

1 Speedy Trial Act should be excluded from the date of this order through
2 the status conference on October 15, 2007, pursuant to 18 U.S.C. §
3 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: August 16, 2007                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for PAUL S. GREEN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: August 16, 2007                  /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 15, 2007, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.


Dated: August 17, 2007

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. P. Green                 2