1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   PAUL STEVEN GREEN

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )  No. CR. S-06-257 WBS
                                  )
13              Plaintiff,        )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
14      v.                        )  **AND EXCLUDING TIME**
                                  )
15 PAUL STEVEN GREEN,             )
                                  )  Date:  December 10, 2007
16              Defendant.        )  Time:  8:30 a.m.
                                  )  Judge: Hon. William B. Shubb
17 _____ )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20 of America, and defendant, Paul Steven Green, that the status conference

21 scheduled for December 10, 2007 may be continued to January 28, 2008 at

22 8:30 a.m.

23      Defense counsel seeks additional time to perform necessary

24 investigation and to work with government counsel toward potential

25 resolution of the case.  To complete these tasks, the parties agree that

26 time under the Speedy Trial Act should be excluded from the date of this

27 order through the status conference on January 28, 2008, pursuant to 18

28 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

1                                            Respectfully submitted,

2                                            DANIEL J. BRODERICK
                                             Federal Defender
3

4   Dated: December 6, 2007                  /s/ T. Zindel
                                             TIMOTHY ZINDEL
5                                            Assistant Federal Defender
                                             Attorney for PAUL S. GREEN
6

7                                            McGREGOR SCOTT
                                             United States Attorney
8

9   Dated: December 6, 2007                  /s/ T. Zindel for M. Stegman
                                             MATTHEW STEGMAN
10                                           Assistant U.S. Attorney

11

12                            O R D E R

13        The status conference is continued to January 28, 2008, at 8:30 a.m.

14   Time under the Speedy Trial Act is excluded through that date for the

15   reasons stated above and by agreement of the parties, the court finding

16   that the ends of justice to be served by a continuance outweigh the best

17   interests of the defendant and the public in a speedy trial.

18        IT IS SO ORDERED.

19   Dated: December 6, 2007

20

21                            WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stip. in U.S.A. v. P. Green              2