DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR. S-06-257 WBS |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
| | ) Date:  January 28, 2008 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for January 28, 2008 may be continued to February 25, 2008 at 8:30 a.m.

Defense counsel seeks additional time to perform necessary investigation and to work with government counsel toward potential resolution of the case.  To complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on February 25, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: January 17, 2008 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for PAUL S. GREEN |
|   | McGREGOR SCOTT<br>United States Attorney |
| Dated: January 17, 2008 | /s/ T. Zindel for M. Stegman<br>MATTHEW STEGMAN<br>Assistant U.S. Attorney |

**O R D E R**

The status conference is continued to February 25, 2008 at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: January 23, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. P. Green                2