```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    PAUL STEVEN GREEN
 7

 8
```

 9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| 12 | UNITED STATES OF AMERICA, | ) | No. CR. S-06-257 WBS |
|---|---|---|---|
| 13 | Plaintiff, | ) | **STIPULATION AND ORDER** |
|   |   | ) | **CONTINUING STATUS CONFERENCE** |
| 14 | v. | ) | **AND EXCLUDING TIME** |
|   |   | ) |   |
| 15 | PAUL STEVEN GREEN, | ) |   |
|   |   | ) | Date:  March 31, 2008 |
| 16 | Defendant. | ) | Time:  8:30 a.m. |
|   |   | ) | Judge: Hon. William B. Shubb |
| 17 | _____ | ) |   |

18

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Paul Steven Green, that the status conference

21  scheduled for March 31, 2008 may be continued to May 5, 2008 at 8:30 a.m.

22     Defense counsel seeks additional time to perform necessary factual

23  investigation and to continue working with government counsel toward

24  potential resolution of the case.  To complete tasks necessary to the

25  defense, the parties agree that time under the Speedy Trial Act should be

26  excluded from the date of this order through the status conference on

27  May 5, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code

28  T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: March 25, 2008                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for PAUL S. GREEN


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: March 25, 2008                   /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to May 5, 2008 at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: March 27, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE