DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-06-257 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
|  | ) Date:  May 5, 2008 |
| Defendant. | ) Time:  8:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for May 5, 2008 may be continued to June 9, 2008 at 8:30 a.m.

Defense counsel seeks additional time to perform ongoing factual investigation and to continue working with government counsel toward potential resolution of the case. To complete tasks necessary to the defense, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on June 9, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: May 1, 2008                      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for PAUL S. GREEN


                                        McGREGOR SCOTT
                                        United States Attorney

Dated: May 1, 2008                      /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to June 9, 2008 at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: May 2, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE