DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL STEVEN GREEN,<br>Defendant. | No. 2:06-CR-257 WBS<br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br>Date: August 25, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for August 25, 2008 may be continued to September 29, 2008 at 8:30 a.m.

Defense counsel continues to seek time for factual investigation and to continue collecting information helpful in resolving the charges. In order to complete tasks necessary to resolution, the parties agree that time under the Speedy Trial Act should be excluded from the date of this

/////

/////

order through the status conference on September 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 20, 2008

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for PAUL S. GREEN

McGREGOR SCOTT
United States Attorney

Dated: August 20, 2008

/s/ T. Zindel for M. Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 29, 2008 at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: September 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE