DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-257 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
| | ) Date:  January 5, 2009 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for January 5, 2009 may be continued to February 9, 2009 at 8:30 a.m.

Defense counsel continues to seek time for factual investigation and to continue collecting information helpful in resolving the charges. In order to complete tasks necessary to resolution, the parties agree that time under the Speedy Trial Act should be excluded from the date of this

///

///

order through the status conference on February 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated: December 30, 2008          /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for PAUL S. GREEN


                                                McGREGOR SCOTT
                                                United States Attorney

Dated: December 30, 2008          /s/ T. Zindel for M. Stegman
                                                MATTHEW STEGMAN
                                                Assistant U.S. Attorney


## O R D E R

    The status conference is continued to February 9, 2009 at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated: December 30, 2008

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE