```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PAUL STEVEN GREEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>PAUL STEVEN GREEN,<br><br>        Defendant.<br>_____ | No. 2:06-CR-257 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  February 9, 2009<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for February 9, 2009 may be continued to April 13, 2009 at 8:30 a.m.

     Defense counsel seeks additional time to complete investigation and assemble other materials helpful in resolving the charges. He has apprised the government counsel and the case agent of his goal in resolving the case, and time will be needed to consider his proposal when it is complete. Meanwhile, defense counsel will be in a four- to six-week jury trial during February and March. To afford time to complete

remaining tasks relating to negotiations and to afford continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on April 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   February 5, 2009          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for PAUL S. GREEN


                                   LAWRENCE G. BROWN
                                   Acting United States Attorney

Dated:   February 5, 2009          /s/ T. Zindel for M. Stegman
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 13, 2009 at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   February 6, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE