```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  PAUL STEVEN GREEN

 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. 2:06-CR-257 WBS
                                   )
13            Plaintiff,           ) STIPULATION AND ORDER
                                   ) CONTINUING STATUS CONFERENCE
14       v.                        ) AND EXCLUDING TIME
                                   )
15  PAUL STEVEN GREEN,             )
                                   ) Date: April 13, 2009
16            Defendant.           ) Time: 8:30 a.m.
                                   ) Judge: Hon. William B. Shubb
17  _____)

18
```

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20  of America, and defendant, Paul Steven Green, that the status conference
21  scheduled for April 13, 2009 may be continued to May 11, 2009 at 8:30
22  a.m.
23       Defense counsel seeks additional time to complete investigation and
24  assemble other materials helpful in resolving the charges.  Also, defense
25  counsel is currently in a complex jury trial during April and May. To
26  afford time to complete remaining tasks relating to negotiations and to
27  afford continuity of defense counsel, the parties agree that time under
28  the Speedy Trial Act should be excluded from the date of this order

through the status conference on May 11, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 8, 2009                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for PAUL S. GREEN


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated: April 8, 2009                /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney

# O R D E R

The status conference is continued to May 11, 2009 at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: April 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE