1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  PAUL STEVEN GREEN

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        ) No. 2:06-CR-257 WBS
                                     )
14                 Plaintiff,        ) **STIPULATION AND ORDER**
                                     ) **CONTINUING STATUS CONFERENCE**
15       v.                          ) **AND EXCLUDING TIME**
                                     )
16  PAUL STEVEN GREEN,               )
                                     ) Date:  May 11, 2009
17                 Defendant.        ) Time:  8:30 a.m.
                                     ) Judge: Hon. William B. Shubb
18  _____ )

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Paul Steven Green, that the status conference

22  scheduled for May 11, 2009 may be continued to July 6, 2009 at 8:30 a.m.

23       Defense counsel seeks additional time to complete investigation and

24  assemble other materials helpful in resolving the charges.  Also, defense

25  counsel is currently in a complex jury trial during May and June. To

26  afford time to complete remaining tasks relating to negotiations and to

27  afford continuity of defense counsel, the parties agree that time under

28  the Speedy Trial Act should be excluded from the date of this order

1 through the status conference on July 6, 2009, pursuant to 18 U.S.C. §

2 3161(h)(8)(A) and (B)(iv)(Local Code T4).

3                                      Respectfully submitted,

4                                      DANIEL J. BRODERICK
                                       Federal Defender
5

6 Dated:  May 7, 2009                  /s/ T. Zindel
                                       TIMOTHY ZINDEL
7                                      Assistant Federal Defender
                                       Attorney for PAUL S. GREEN
8

9                                      LAWRENCE G. BROWN
                                       Acting United States Attorney
10

11 Dated:  May 7, 2009                 /s/ T. Zindel for M. Stegman
                                       MATTHEW STEGMAN
12                                     Assistant U.S. Attorney

13

14                          **O R D E R**

15      The status conference is continued to July 6, 2009 at 8:30 a.m.

16 Time under the Speedy Trial Act is excluded through that date for the

17 reasons stated above and by agreement of the parties, the court finding

18 that the ends of justice to be served by a continuance outweigh the best

19 interests of the defendant and the public in a speedy trial.

20      IT IS SO ORDERED.

21 Dated:  May 7, 2009

22

23      WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stip. & Order                           2