```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  PAUL STEVEN GREEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-257 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
|  | ) Date: July 6, 2009 |
| Defendant. | ) Time: 8:30 a.m. |
|  | ) Judge: Hon. William B. Shubb |
| _____ | ) |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for July 6, 2009 may be continued to August 17, 2009 at 8:30 a.m.

    Defense counsel has been occupied in a jury trial since mid-March, leaving counsel unable to meet with Mr. Green. Now that trial is over, counsel for both parties intend to meet in an effort to resolve their remaining differences. To afford time to complete remaining tasks relating to negotiations and to afford continuity of defense counsel, the

1  parties agree that time under the Speedy Trial Act should be excluded
2  from the date of this order through the status conference on August 17,
3  2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

4                                      Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender
6

7  Dated:  June 30, 2009               /s/ T. Zindel
                                       TIMOTHY ZINDEL
8                                      Assistant Federal Defender
                                       Attorney for PAUL S. GREEN
9

10                                     LAWRENCE G. BROWN
                                       Acting United States Attorney
11

12 Dated:  June 30, 2009               /s/ T. Zindel for M. Stegman
                                       MATTHEW STEGMAN
13                                     Assistant U.S. Attorney

14

15                                **O R D E R**

16      The status conference is continued to August 17, 2009 at 8:30 a.m.
17 Time under the Speedy Trial Act is excluded through that date for the
18 reasons stated above and by agreement of the parties, the court finding
19 that the ends of justice to be served by a continuance outweigh the best
20 interests of the defendant and the public in a speedy trial.
21      IT IS SO ORDERED.
22 Dated:  July 1, 2009

                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

Stip. & Order                          2