```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PAUL STEVEN GREEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-257 WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| PAUL STEVEN GREEN, | ) | |
| | ) | Date:  August 17, 2009 |
| Defendant. | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for August 17, 2009 may be continued to September 28, 2009 at 8:30 a.m.

    Defense counsel has been occupied in a jury trial since mid-March, leaving counsel unable to meet with Mr. Green. Now that trial is over, counsel for both parties intend to meet in an effort to resolve their remaining differences. To afford time to complete remaining tasks relating to negotiations and to afford continuity of defense counsel, the

1  parties agree that time under the Speedy Trial Act should be excluded
2  from the date of this order through the status conference on September
3  28, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code
4  T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  August 11, 2009             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for PAUL S. GREEN


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


Dated:  August 11, 2009             /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to September 28, 2009 at 8:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: August 11, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                            2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. & Order                             3