```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  PAUL STEVEN GREEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-257 WBS |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
| | ) Date: September 28, 2009 |
| Defendant. | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for September 28, 2009, may be continued to October 19, 2009, at 8:30 a.m.

   Defense counsel intends to view Mr. Green's seized computer and the materials it is said to have contained during the month of October. Thereafter, counsel intends to update and assemble his materials in mitigation and to present them to the government for consideration as part of a request to defer further prosecution of Mr. Green. To afford

time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on October 19, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: September 24, 2009      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for PAUL S. GREEN


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: September 24, 2009      /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


**O R D E R**

    The status conference is continued to October 19, 2009, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.


Dated: September 25, 2009

                              WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28