DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-257 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING CASE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| PAUL STEVEN GREEN, ) | |
| ) | Date:  February 17, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the trial confirmation set for January 25, 2010, be rescheduled for April 19, 2010 at 8:30 a.m. and jury trial set for February 17, 2010, be rescheduled for May 11, 2010 at 9:00 a.m.

  The reason for the continuance is to afford both parties additional time to consider materials relating to the defendant's request that the government consider pretrial diversion of Mr. Green.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial

1  Act should be excluded from the date of this order through May 11, 2010,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3                                        Respectfully submitted,

4                                        DANIEL J. BRODERICK
5                                        Federal Defender

6  Dated:  January 4, 2010                    /s/ T. Zindel
                                              TIMOTHY ZINDEL
7                                             Assistant Federal Defender
                                              Attorney for PAUL S. GREEN
8

9                                             BENJAMIN B. WAGNER
                                              United States Attorney
10

11 Dated:  January 4, 2010                    /s/ T. Zindel for M. Stegman
                                              MATTHEW STEGMAN
12                                            Assistant U.S. Attorney

13

14                                              **O R D E R**

15
   **IT IS SO ORDERED.**
16
                                 By the Court,
17

18

19 Dated:  January 4, 2010

20                                             _William B. Shubb_
21                                             WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
22

Stip. & Order                        2