DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-257 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING CASE AND EXCLUDING** |
| v. ) | **TIME** |
| ) | |
| PAUL STEVEN GREEN, ) | |
| ) | Date: April 19, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the dates presently scheduled for trial confirmation (April 19, 2010) and trial (May 11, 2010) may be vacated and a status conference scheduled for May 24, 2010, at 8:30 a.m.

   The government seeks additional time to review and consider materials relating to Mr. Green's request that the government formally defer prosecution. The material provided to government counsel is fairly extensive and requires careful review. Accordingly, to afford time to

1  complete this task, the parties agree that time under the Speedy Trial
2  Act should be excluded from the date of this order through May 24, 2010,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:  April 15, 2010                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for PAUL S. GREEN


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  April 15, 2010                  /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
```

**O R D E R**

The trial confirmation hearing and trial dates are vacated and a status conference is scheduled for May 24, 2010, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

Dated:  April 16, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE