DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:06-CR-257 WBS |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) |
| | ) Date: June 21, 2010 |
| Defendant. | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for June 21, 2010, may be continued to August 9, 2010, at 8:30 a.m.

   Government counsel seeks additional time to review and consider Mr. Green's package of materials and formal request to defer prosecution. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1 through the status conference on August 9, 2010, pursuant to 18 U.S.C. §
2 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: June 15, 2010         /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for PAUL S. GREEN


                             BENJAMIN B. WAGNER
                             United States Attorney

Dated: June 15, 2010         /s/ T. Zindel for M. Stegman
                             MATTHEW STEGMAN
                             Assistant U.S. Attorney


**O R D E R**

The status conference is continued to August 9, 2010, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: June 16, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE