DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PAUL STEVEN GREEN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-257 WBS |
| ) Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| PAUL STEVEN GREEN, ) | |
| ) | Date: September 27, 2010 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for September 27, 2010, may be continued to November 8, 2010, at 8:30 a.m.

   Government counsel seeks additional time to review and consider Mr. Green's package of materials and formal request to defer prosecution. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through the status conference on November 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  September 23, 2010        /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for PAUL S. GREEN


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  September 23, 2010        /s/ T. Zindel for M. Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney


## O R D E R

    The status conference is continued to November 8, 2010, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated:  September 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                             2