1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   PAUL STEVEN GREEN
7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      ) No. 2:06-CR-257 WBS
14                                )
                 Plaintiff,       )
15                                ) **STIPULATION AND ORDER**
         v.                       ) **CONTINUING STATUS CONFERENCE**
16                                ) **AND EXCLUDING TIME**
   PAUL STEVEN GREEN,             )
17                                )
                 Defendant.       ) Date:  November 8, 2010
18                                ) Time:  8:30 a.m.
   _____) Judge: Hon. William B. Shubb
19

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendant, Paul Steven Green, that the status conference

23  scheduled for November 8, 2010, may be continued to December 20, 2010, at

24  8:30 a.m.

25       Government counsel seeks additional time to review and consider Mr.

26  Green's package of materials and formal request to defer prosecution.  To

27  afford time to complete these tasks, the parties agree that time under

28  the Speedy Trial Act should be excluded from the date of this order

1  through the status conference on December 20, 2010, pursuant to 18 U.S.C.
2  § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  November 5, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for PAUL S. GREEN


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  November 5, 2010                /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


# O R D E R

The status conference is continued to December 20, 2010, at 8:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:  November 5, 2010

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE