DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-257 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, ) | |
| ) | |
| Defendant. ) | Date:  December 20, 2010 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for December 20, 2010, may be continued to February 7, 2011, at 8:30 a.m.

  Government counsel seeks additional time to review and consider Mr. Green's package of materials and formal request to defer prosecution. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

through the status conference on February 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:   December 15, 2010              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for PAUL S. GREEN


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:   December 15, 2010              /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
```

### O R D E R

The status conference is continued to February 7, 2011, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   December 15, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                              2