```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    PAUL STEVEN GREEN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-257 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, ) | |
| ) | |
| Defendant. ) | Date:  February 7, 2011 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for February 7, 2011, may be continued to March 21, 2011, at 8:30 a.m.

    Government counsel seeks additional time to review and consider Mr. Green's package of materials and formal request to defer prosecution. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1 through the status conference on March 21, 2011, pursuant to 18 U.S.C. §
2 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   February 2, 2011         /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for PAUL S. GREEN


                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:   February 2, 2011         /s/ T. Zindel for M. Stegman
                                  MATTHEW STEGMAN
                                  Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 21, 2011, at 8:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   February 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                            2