DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PAUL STEVEN GREEN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-CR-257 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, | ) | |
| | ) | |
| Defendant. | ) | Date:  May 9, 2011 |
| | ) | Time:  8:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for May 9, 2011, may be continued to June 27, 2011, at 8:30 a.m.

   Government counsel seeks additional time to review and consider Mr. Green's package of materials and formal request to defer prosecution. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order

1  through the status conference on June 27, 2011, pursuant to 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  May 4, 2011                     /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for PAUL S. GREEN
8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10

11 Dated:  May 4, 2011                     /s/ T. Zindel for M. Stegman
                                           MATTHEW STEGMAN
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15      The status conference is continued to June 27, 2011, at 8:30 a.m.
16 Time under the Speedy Trial Act is excluded through that date for the
17 reasons stated above and by agreement of the parties, the Court finding
18 that the ends of justice to be served by a continuance outweigh the best
19 interests of the defendant and the public in a speedy trial.
20      IT IS SO ORDERED.
21

22 Dated:  May 4, 2011

23
                                    WILLIAM B. SHUBB
24                                  UNITED STATES DISTRICT JUDGE

Stip. & Order                       2