DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PAUL STEVEN GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-257 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| PAUL STEVEN GREEN, ) | |
| Defendant. ) | Date: August 8, 2011 |
| ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Paul Steven Green, that the status conference scheduled for August 8, 2011, may be continued to September 12, 2011, at 8:30 a.m.

   The United States Attorney has reassigned the case to A.U.S.A. Kyle Reardon on the departure of A.U.S.A. Matthew Stegman.  Mr. Reardon and Mr. Stegman have both reviewed the resolution proposed by Mr. Green but Mr. Reardon needs additional time to consult with his supervisors.  A

decision is expected before the September 12 status conference. To afford the government time to complete its review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, so that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on September 12, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 2, 2011            /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for PAUL S. GREEN


BENJAMIN B. WAGNER
United States Attorney

Dated:  August 2, 2011            /s/ T. Zindel for M. Stegman
                                  MATTHEW STEGMAN
                                  Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to September 12, 2011, at 8:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated:   August 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE