```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. 2:06-CR-257 WBS
                                 )
12           Plaintiff,          )
                                 )
13      v.                       ) MOTION TO DISMISS INDICTMENT
                                 ) and [PROPOSED] ORDER
14  PAUL STEVEN GREEN,           ) DISMISSING INDICTMENT
                                 )
15           Defendant.          )
                                 )
16  ─────────────────────────────
17       Pursuant to Rule 48(a) of the Federal Rules of Criminal
18  Procedure, Plaintiff, United States of America, by and through
19  its undersigned attorney, asks the Court to file an order
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

dismissing the Indictment against defendant Paul Steven Green in case number 2:06-CR-257 WBS.

Date: September 7, 2011                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney


                                    By:   _____
                                          KYLE REARDON
                                          Assistant U.S. Attorney

                                          Attorneys for the Plaintiff
                                          UNITED STATES OF AMERICA


**O R D E R**

APPROVED AND SO ORDERED:


DATED:  September 7, 2011

                        _____
                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

2